FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 11, 2024
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHLEY C.,<br><br>    Plaintiff,<br><br> -vs-<br><br>MARTIN O'MALLEY, Commissioner of Social Security,[1]<br><br>    Defendant. | No. 1:23-CV-3126-WFN<br><br>ORDER GRANTING STIPULATED REMAND |

Pending before the Court is the parties' Stipulated Motion for Remand. ECF No. 8. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The parties' Stipulated Motion for Remand, filed January 10, 2024, **ECF No. 8**, is **GRANTED**.

2. Based on the parties' stipulation, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

 (a) Reevaluate the evidence, including the medical evidence and Plaintiff's statements, as necessary;

 (b) Reevaluate the step-five finding as necessary

 (c) Take any action necessary to complete the administrative record;

---

[1] This action was originally filed against Kilolo Kijakazi in her capacity as the acting Commissioner of Social Security. Martin O'Malley is substituted as the defendant because he is now the Commissioner of Social Security. *See* Fed. R. Civ. P. 25(d).

ORDER GRANTING STIPULATED REMAND - 1

  (d) Offer the claimant an opportunity for a hearing; and

  (e) Issue a new decision.

 3. All other pending motions are **DENIED AS MOOT**.

 4. Judgment shall be entered for **Plaintiff**.

 5. Upon proper request, Plaintiff will be entitled to costs under 28 U.S.C. § 2412(a) and reasonable attorney fees and expenses under 28 U.S.C. § 2412(d).

 The District Court Executive is directed to file this Order, enter judgment in favor of the Plaintiff, provide copies of this Order and the Judgment to counsel and **CLOSE THIS FILE**.

 **DATED** this 10th day of January, 2024.

01-11-24

          _____
          WM. FREMMING NIELSEN
          SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED REMAND - 2