AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2024

SEAN F. McAVOY, CLERK

ASHLEY C., )
    *Plaintiff* )
v. )  Civil Action No. 1:23-cv-03126-WFN
)
MARTIN O'MALLEY, )
Commissioner of Social Security, )
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand, filed January 10, 2024, ECF No. 8, is GRANTED.
Based on the parties' stipulation, the case is REVERSED and REMANDED for further administrative proceedings under sentence four of 42 U.S.C.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge WM. FREMMING NIELSEN on parties' Stipulated Motion for Remand.

Date: 01/11/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lilly Savchuk
    *(By) Deputy Clerk*

Lilly Savchuk